**STATE v. SMITH**

[367 N.C. 208 (2013)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | Craven County |
| | ) | |
| | ) | |
| HAROLD DEAN SMITH, JR. | | |

No. 198P13

## ORDER

The State's Petition for Writ of Certiorari is allowed for the limited purpose of remanding to the Court of Appeals for review of the trial court's order following full briefing by the parties.

By order of the Court in Conference, this 18th day of December, 2013.

s/ Beasley, J.
For the Court